UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DWIGHT MARTIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT FOX, Warden,<br><br>　　　　　Respondent. | Case No.: CV 16-09311-RSWL (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Respondent's Motion to Vacate Order Requiring Return/Answer to Petition is granted; and

//

1     (2)    Judgment shall be entered dismissing this action without
2            prejudice.

DATED: 8/16/2017                     s/ RONALD S.W. LEW
                                      Hon. Ronald S.W. Lew
                                      U.S. District Judge