JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| DWIGHT MARTIN, | ) Case No.: CV 16-09311-RSWL (JDE) |
|---|---|
| Petitioner, | ) JUDGMENT |
| v. | ) |
| ROBERT FOX, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATED: 8/16/2017              s/ RONALD S.W. LEW
                              Hon. Ronald S.W. Lew
                              U.S. District Judge